THE HONORABLE RICHARD S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Adrianna Killam,

    Plaintiff,

  v.

Port of Seattle,

    Defendant.

Case No.:  2:20-cv-00432-RSM

STIPULATION AND ORDER FOR STAY OF CASE UNTIL JUNE 5 PENDING SETTLEMENT NEGOTIATIONS

NOTED FOR CONSIDERATION:
May 7, 2020

## I.  STIPULATION

Plaintiff Adrianna Killam filed her Complaint for Declaratory and Injunctive Demand on March 20, 2020 (Dkt. # 1). In order to provide the Parties with additional time to fully explore early settlement resolution, the parties, by and through their respective counsel of record, hereby stipulate and move for an order temporarily staying litigation on this case until June 5, 2020.

This brief extension of time will permit the parties to engage in settlement discussions that have already commenced and potentially resolve this matter without further action by the Court. The Parties believe that these settlement efforts will be compromised by simultaneous

STIPULATION AND ORDER FOR STAY OF CASE UNTIL JUNE 5 PENDING SETTLEMENT NEGOTIATIONS - 1
2:20-cv-00432-RSM

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

prelitigation civil filings and practice and that there is good cause for the stay requested. Representative counsel for the parties agreed to an extension during a telephone discussion on Wednesday, May 6th, 2020.

Thus, the Parties respectfully request the Court to enter an Order:

i. Staying this action for all purposes until June 5, 2020, so that the Parties can focus on and conduct settlement negotiations; and

ii. Scheduling a status hearing date for the Parties to file a joint report, or other event that will permit the Parties to update the Court on the progress of settlement efforts following the conclusion of the stay on June 5, 2020.

EXECUTED at Seattle, WA, this 7th day of May 2020.

| STOKES LAWRENCE, P.S. | WASHINGTON CIVIL AND DISABILITY ADVOCATE |
|---|---|
| By: */s/ Justo G. Gonzalez* <br> Justo G. Gonzalez (WSBA #39127) | By: */s/ Conrad Reynoldson* <br> Conrad Reynoldson (WSBA #48187) |
| By: */s/ Joshua D. Harms* <br> Joshua D. Harms (WSBA #55679) | By: */s/ Michael M. Terasaki* <br> Michael M. Terasaki (WSBA #51923) |
| Stokes Lawrence, P.S. <br> 1420 Fifth Avenue, Suite 3000 <br> Seattle, WA 98101-2393 <br> Telephone: (206) 626-6000 <br> Fax: (206) 464-1496 <br> E-mail: JGG@stokeslaw.com <br> E-mail: JDH@stokeslaw.com | Washington Civil and Disability Advocate <br> 4115 Roosevelt Way NE, Ste B <br> Seattle, WA 98105 <br> Telephone: (206) 876-8515 <br> Fax: (206) 876-8515 <br> E-mail: conrad@wacda.com <br> E-mail: terasaki@wacda.com |
| Attorneys for Defendant Port of Seattle | Attorneys for Plaintiff Adrianna Killiam |

STIPULATION AND ORDER FOR STAY OF CASE UNTIL JUNE 5 PENDING SETTLEMENT NEGOTIATIONS - 2
2:20-cv-00432-RSM

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

# ORDER

Based on the foregoing Stipulation and Motion, IT IS SO ORDERED that Defendant's deadline to file a responsive pleading is extended to June 5, 2020. The parties are directed to file a joint status report no later than June 4, 2020, indicating:

1) Whether the stay should be lifted or extended;

2) The agreed date upon which Defendant's responsive pleading is due; and

3) Proposed dates for the Court to reset deadlines for the FRCP 26(f) conference, initial disclosures, and a combined joint status report and discovery plan.

DATED this 8th day of May, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

STOKES LAWRENCE, P.S.

By: */s/ Justo G. Gonzalez*
   Justo G. Gonzalez (WSBA #39127)

By: */s/ Joshua D. Harms*
   Joshua D. Harms (WSBA #55679)

Attorneys for Defendant Port of Seattle

STIPULATION AND ORDER FOR STAY OF CASE UNTIL JUNE 5 PENDING SETTLEMENT NEGOTIATIONS - 3
2:20-cv-00432-RSM

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1  WASHINGTON CIVIL AND DISABILITY ADVOCATE

2  By: */s/ Conrad Reynoldson*
       Conrad Reynoldson (WSBA #48187)

3

4  By: */s/ Michael M. Terasaki*
       Michael M. Terasaki (WSBA #51923)

5

   Attorneys for Plaintiff Adrianna Killiam

6

   5/7/2020 - Mr. Reynoldson and Mr. Terasaki
7  Confirmed E-Signature via E-mail

---

STIPULATION AND ORDER FOR STAY OF CASE UNTIL JUNE 5 PENDING
SETTLEMENT NEGOTIATIONS - 4
2:20-cv-00432-RSM

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000