THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Adrianna Killam,<br><br>        Plaintiff,<br><br>   v.<br><br>Port of Seattle,<br><br>        Defendant. | Case No.:  2:20-cv-00432-RSM<br><br>STIPULATION AND ORDER FOR STAY OF CASE UNTIL JULY 6, 2020 PENDING SETTLEMENT NEGOTIATIONS<br><br>NOTED FOR CONSIDERATION:<br>June 3, 2020 |

## I.  STIPULATION

Plaintiff Adrianna Killam filed her Complaint on March 20, 2020 (Dkt. # 1). On May 8, 2020, the Court ordered a stay of all deadlines in this case until June 5, 2020 (Dkt. #6). The Parties have participated in settlement discussions and agree that an additional stay of this case until July 6, 2020 is appropriate.

This additional extension of time will permit the Parties to continue to engage in settlement discussions that have already commenced and potentially resolve this matter without further action by the Court. The Parties believe that these settlement efforts will be compromised

STIPULATION AND ORDER FOR STAY OF CASE UNTIL JULY 6, 2020
PENDING SETTLEMENT NEGOTIATIONS - 1
2:20-cv-00432-RSM

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

by simultaneous prelitigation civil filings and practice and that there is good cause for the stay requested. Representative counsel for the parties agreed to extending the stay during a telephone conference and related e-mail correspondence on Monday, June 1, 2020.

Thus, the Parties respectfully request the Court to enter an Order:

   i.   Staying this action for all purposes until July 6, 2020, so that the Parties can focus on and conduct settlement negotiations; and

   ii.  Scheduling a status hearing date for the Parties to file a joint report, or other event that will permit the Parties to update the Court on the progress of settlement efforts following the conclusion of the stay on July 6, 2020.

EXECUTED at Seattle, WA, this 3rd day of June, 2020.

| STOKES LAWRENCE, P.S. | WASHINGTON CIVIL AND DISABILITY ADVOCATE |
|---|---|
| By: */s/ Justo G. Gonzalez*<br>    Justo G. Gonzalez (WSBA #39127) | By: */s/ Conrad Reynoldson*<br>    Conrad Reynoldson (WSBA #48187) |
| By: */s/ Joshua D. Harms*<br>    Joshua D. Harms (WSBA #55679) | By: */s/ Jill Sulzberg*<br>    Jill Sulzberg (WSBA # 55946) |
| Stokes Lawrence, P.S.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101-2393<br>Telephone: (206) 626-6000<br>Fax: (206) 464-1496<br>E-mail: JGG@stokeslaw.com<br>E-mail: JDH@stokeslaw.com | Washington Civil and Disability Advocate<br>4115 Roosevelt Way NE, Ste B<br>Seattle, WA 98105<br>Telephone: (206) 876-8515<br>Fax: (206) 876-8515<br>E-mail: conrad@wacda.com<br>E-mail: jill@wacda.com |
| Attorneys for Defendant Port of Seattle | Attorneys for Plaintiff Adrianna Killiam |

STIPULATION AND ORDER FOR STAY OF CASE UNTIL JULY 6, 2020
PENDING SETTLEMENT NEGOTIATIONS - 2
2:20-cv-00432-RSM

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

**ORDER**

Based on the foregoing Stipulation and Motion, IT IS SO ORDERED that Defendant's deadline to file a responsive pleading is extended to July 6, 2020. The parties are directed to file a joint status report no later than July 2, 2020, indicating:

1) Whether the stay should be lifted or extended;

2) The agreed date upon which Defendant's responsive pleading is due; and

3) Proposed dates for the Court to reset deadlines for the FRCP 26(f) conference, initial disclosures, and a combined joint status report and discovery plan.

DATED this 3rd day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

STOKES LAWRENCE, P.S.

By: */s/ Justo G. Gonzalez*
    Justo G. Gonzalez (WSBA #39127)

By: */s/ Joshua D. Harms*
    Joshua D. Harms (WSBA #55679)

Attorneys for Defendant Port of Seattle

STIPULATION AND ORDER FOR STAY OF CASE UNTIL JULY 6, 2020
PENDING SETTLEMENT NEGOTIATIONS - 3
2:20-cv-00432-RSM

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1

2  WASHINGTON CIVIL AND DISABILITY ADVOCATE

3  By: */s/ Conrad Reynoldson*
         Conrad Reynoldson (WSBA #48187)
4

5  By: */s/ Jill Sulzberg*
         Jill Sulzberg (WSBA # 55946)
6
   Attorneys for Plaintiff Adrianna Killiam
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER FOR STAY OF CASE UNTIL JULY 6, 2020
PENDING SETTLEMENT NEGOTIATIONS - 4
2:20-cv-00432-RSM

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000