THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Adrianna Killam,<br><br>        Plaintiff,<br><br>    v.<br><br>Port of Seattle,<br><br>        Defendant. | Case No.:  2:20-cv-00432-RSM<br><br>STIPULATION AND ORDER FOR STAY OF CASE UNTIL AUGUST 17, 2020 PENDING SETTLEMENT NEGOTIATIONS<br><br>NOTED FOR CONSIDERATION:<br>July 27, 2020 |

## I.  STIPULATION

Plaintiff Adrianna Killam filed her Complaint on March 20, 2020 (Dkt. # 1). On May 8, 2020, the Court ordered a stay of all deadlines in this case until June 5, 2020 (Dkt. #6). On June 3, 2020, the Court ordered a second stay of all deadlines in this case until July 6, 2020 (Dkt. 11). On July 1, 2020, the Court reset deadlines pursuant to joint request of counsel, while parties continue settlement negotiations. The Parties are participating in ongoing settlement discussions and agree that an additional stay of this case until August 17th, 2020 is appropriate.

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

This additional extension of time will permit the Parties to continue to engage in settlement discussions and potentially resolve this matter without further action by the Court. The Parties believe that these settlement efforts will be compromised by simultaneous prelitigation civil filings and practice and that there is good cause for the stay requested. Representative counsel for the parties agreed to extending the stay during related e-mail correspondence on Monday, July 27, 2020.

Thus, the Parties respectfully request that the Court enter an Order staying this action for all purposes until August 17th, 2020, so that the Parties can focus on and conduct settlement negotiations and potentially resolve this case.

EXECUTED at Seattle, WA, this 27th day of July, 2020.

STOKES LAWRENCE, P.S.

By: */s/ Justo G. Gonzalez*
Justo G. Gonzalez (WSBA #39127)

By: */s/ Joshua D. Harms*
Joshua D. Harms (WSBA #55679)

Stokes Lawrence, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
Fax: (206) 464-1496
E-mail: JGG@stokeslaw.com
E-mail: JDH@stokeslaw.com

Attorneys for Defendant Port of Seattle

WASHINGTON CIVIL AND DISABILITY ADVOCATE

By: */s/ Conrad Reynoldson*
Conrad Reynoldson (WSBA #48187)

By: */s/ Jill Sulzberg*
Jill Sulzberg (WSBA # 55946)

Washington Civil and Disability Advocate
4115 Roosevelt Way NE, Ste B
Seattle, WA 98105
Telephone: (206) 876-8515
Fax: (206) 876-8515
E-mail: conrad@wacda.com
E-mail: jill@wacda.com

Attorneys for Plaintiff Adrianna Killam

STIPULATION AND ORDER FOR STAY OF CASE UNTIL AUGUST 17, 2020
PENDING SETTLEMENT NEGOTIATIONS - 2
2:20-cv-00432-RSM

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

**ORDER**

Based on the foregoing Stipulation and Motion, IT IS SO ORDERED that Defendant's deadline to file a responsive pleading is extended to August 17, 2020.

DATED this 28th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

STOKES LAWRENCE, P.S.

By: */s/ Justo G. Gonzalez*
    Justo G. Gonzalez (WSBA #39127)

By: */s/ Joshua D. Harms*
    Joshua D. Harms (WSBA #55679)

Attorneys for Defendant Port of Seattle

WASHINGTON CIVIL AND DISABILITY ADVOCATE

By: */s/ Conrad Reynoldson*
    Conrad Reynoldson (WSBA #48187)

By: */s/ Jill Sulzberg*
    Jill Sulzberg (WSBA # 55946)

Attorneys for Plaintiff Adrianna Killam

STIPULATION AND ORDER FOR STAY OF CASE UNTIL AUGUST 17, 2020
PENDING SETTLEMENT NEGOTIATIONS - 3
2:20-cv-00432-RSM

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000