THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Adrianna Killam,

    Plaintiff,

v.

Port of Seattle,

    Defendant.

Case No.: 2:20-cv-00432-RSM

STIPULATION AND ORDER FOR STAY OF CASE UNTIL OCTOBER 26, 2020

NOTED FOR CONSIDERATION: August 27, 2020

## I.  STIPULATION

Plaintiff Adrianna Killam filed her Complaint on March 20, 2020 (Dkt. #1). On May 8, 2020, the Court ordered a stay of all deadlines in this case until June 5, 2020 (Dkt. #6). On June 3, 2020, the Court ordered a second stay in this case until July 6, 2020 (Dkt. #11). On July 1, 2020, the Court reset deadlines pursuant to joint request of counsel. On July 28th, the Court ordered a stay of all deadlines until August 17th, 2020 (Dkt. #13). The Parties are in the final approval and execution stage of settlement and agree that an additional stay of this case until October 26, 2020 is appropriate.

STIPULATION AND ORDER FOR STAY OF CASE UNTIL OCTOBER 26, 2020 - 1
2:20-cv-00432-RSM

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

This additional extension of time will permit the Parties to finalize settlement and resolve this matter without further action by the Court. The Parties believe that these settlement efforts will be compromised by simultaneous prelitigation civil filings and practice and that there is good cause for the stay requested. Representative counsel for the parties agreed to the proposed stay during e-mail correspondence on August 26, 2020.

Thus, the Parties respectfully request that the Court enter an Order staying this action for all purposes until October 26, 2020, so that the Parties can finalize settlement and resolve this case.

EXECUTED at Seattle, WA, this 27th day of August, 2020.

| STOKES LAWRENCE, P.S. | WASHINGTON CIVIL AND DISABILITY ADVOCATE |
|---|---|
| By: */s/ Justo G. Gonzalez* <br> Justo G. Gonzalez (WSBA #39127) | By: */s/ Conrad Reynoldson* <br> Conrad Reynoldson (WSBA #48187) |
| By: */s/ Joshua D. Harms* <br> Joshua D. Harms (WSBA #55679) | Washington Civil and Disability Advocate <br> 4115 Roosevelt Way NE, Ste B <br> Seattle, WA 98105 <br> Telephone: (206) 876-8515 <br> Fax: (206) 876-8515 <br> E-mail: conrad@wacda.com |
| Stokes Lawrence, P.S. <br> 1420 Fifth Avenue, Suite 3000 <br> Seattle, WA 98101-2393 <br> Telephone: (206) 626-6000 <br> Fax: (206) 464-1496 <br> E-mail: JGG@stokeslaw.com <br> E-mail: JDH@stokeslaw.com | Attorney for Plaintiff Adrianna Killiam |
| Attorneys for Defendant Port of Seattle | |

STIPULATION AND ORDER FOR STAY OF CASE UNTIL OCTOBER 26, 2020 - 2
2:20-cv-00432-RSM

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

**ORDER**

Based on the foregoing Stipulation and Motion, IT IS SO ORDERED that all deadlines in this case are stayed until October 26, 2020.

DATED this 31st day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

STOKES LAWRENCE, P.S.

By: */s/ Justo G. Gonzalez*
    Justo G. Gonzalez (WSBA #39127)

By: */s/ Joshua D. Harms*
    Joshua D. Harms (WSBA #55679)

Attorneys for Defendant Port of Seattle

WASHINGTON CIVIL AND DISABILITY ADVOCATE

By: */s/ Conrad Reynoldson*
    Conrad Reynoldson (WSBA #48187)

Attorney for Plaintiff Adrianna Killiam

2:20-cv-00432-RSM

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000